UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 23- 1072

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Magistrate Case No. E1787643(Class A) |
| v. | ] | |
| YAZMIN C. SOHONG-KOMBET | ] | COMPLAINT |
| | ] | Offense on a Federal Reservation |

BEFORE the Honorable Elizabeth Pascal, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day Luke D. Wilson, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the 5th day of May 2023, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

YAZMIN C. SOHONG-KOMBET did commit:

Possession of a Firearm on a Federal Facility in violation of 18 USC 930.

The name of the Complainant is Luke D. Wilson.

LUKE D. WILSON, DAF, Civ
Special Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOOM PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON JULY 25, 2023.

HONORABLE ELIZABETH A. PASCAL
United States Magistrate Judge

7/25/23 NK 7/26/23

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 5 May, 20 23 while exercising my duties as a law enforcement officer in the JB MDL District of NJ.

While conducting a probable cause search of SUBJECT'S vehicle for marijuana I located two (2) Stun Gun's in SUBJECT'S vehicle. One in the back seat and one in the trunk.

The foregoing statement is based upon:

✓ my personal observation ✓ my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/05/2023 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/22/2023 14:54